**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Illona Ramsey   v. Merit Systems Protection Board

No. 2015-3192

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se        [✓] As counsel for:   Illona Ramsey
                                        Name of party

I am, or the party I represent is (select one):

[✓] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[ ] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Erin Lawrence |
| Law firm: | Frommer Lawrence & Haug |
| Address: | 745 Fifth Avenue |
| City, State and ZIP: | New York, NY 10151 |
| Telephone: | 212-588-0800 |
| Fax #: | 212-588-0500 |
| E-mail address: | elawrence@flhlaw.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 30, 2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

7/31/15
Date

_Signature_
Signature of pro se or counsel

cc: _____

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 31st day of July, 2015, a copy of the foregoing

"ENTRY OF APPEARANCE"

was filed electronically by operation of the Court's ECF system and served on all other parties through that system.


Respectfully submitted,

/s/ Jonathan A. Herstoff

Jonathan A. Herstoff
Frommer Lawrence & Haug LLP.
745 Fifth Avenue
New York, NY 10151